AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

### NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,

Plaintiffs,

v.

LOUIS TUCKPOINTING, INC., an Illinois Corporation,

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

JUDGE:

**08 C 1153**

JUDGE BUCKLO
MAGISTRATE JUDGE KEYS

TO: (Name and Address of Defendant)

LOUIS TUCKPOINTING, INC., an Illinois Corporation
c/o: J. Brent Hopper, Registered Agent
12 W 15th Street
Chicago Heights, IL 60411

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 26, 2008
_____
Date

BY DEPUTY CLERK

ClientCaseID:
Law Firm ID:   ASHER


*178405A*

CaseReturnDate: 3/18/08

Affidavit of Special Process Sever

## UNITED STATES DISTRICT COURT

Case Number **08C1153**

I, ANNA CANOLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **LOUIS TUCKPOINTING**
PERSON SERVED **BRENT HOPPER, REGISTERED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **3/5/08**

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

| | | | |
|---|---|---|---|
| Sex MALE | Race WHITE | Age 40S | |
| Height 6'0" | Build AVERAGE | Hair BROWN | |

LOCATION OF SERVICE **12 W 15TH STREET**
**CHICAGO HEIGHTS, IL, 60411**

Date Of Service   3/5/08            Time of Service   2:36 PM

*Anna Canole*   3/6/2008
ANNA CANOLE
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*Anna Canole*