IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS TUCKPOINTING, INC., an Illinois Corporation, <br><br> Defendant. | Case No. 08 C 1153 <br><br> Honorable Judge Bucklo <br><br> Magistrate Judge Keys |

**DEFENDANT'S AGREED MOTION TO EXTEND
TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

Defendant Louis Tuckpointing, Inc. ("Defendant"), by its undersigned attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for the entry of an Order granting Defendant until April 14, 2008 to file its answer or other responsive pleading to Plaintiffs' Complaint. In support of its motion, Defendant states as follows:

1. On February 26, 2008, Plaintiffs Masonry Institute Bricklayers Local 21 Pension Fund, District Council Training Center Fund, and Bricklayers and Stone Masons of Illinois District Council No. 1 B.A.C. Annuity Trust Fund ("Plaintiffs") filed their Complaint, which alleges, *inter alia*, that Defendant has failed to submit accurate contribution reports and required payments to Plaintiffs in violation of a certain collective bargaining agreement and federal law.

2. The Complaint was served upon Defendant's registered agent on March 5, 2008. Accordingly, Defendant's answer or other responsive pleading was due on March 25, 2008.

1134585-1

3. On March 25, 2008, Defendant retained the law firm of Ungaretti & Harris LLP to represent it in this matter. On the same date, Michael P. McBride, Jeffrey H. Bergman, and Michael F. Tomasek of Ungaretti & Harris LLP filed their appearances on behalf of Defendant.

4. Due to its recent retention of counsel, Defendant respectfully requests an extension of time until April 14, 2008 to file its answer or other responsive pleading to Plaintiffs' Complaint.

5. Defendant's counsel consulted with Plaintiffs' counsel on March 25, 2008, and Plaintiffs' counsel has agreed to this extension of time.

WHEREFORE, Defendant Louis Tuckpointing, Inc. respectfully moves this Court for the entry of an Order extending its time to file its answer or other responsive pleading until April 14, 2008, and for such further and just relief as this Court deems appropriate.

Dated: March 26, 2008

Respectfully submitted,

LOUIS TUCKPOINTING, INC.

By: /s/ Michael P. McBride
One of Its Attorneys

Jeffrey H. Bergman (ARDC# 6194442)
Michael F. Tomasek (ARDC # 6226249)
Michael P. McBride (ARDC# 6283481)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, IL  60602
(312) 977-4400

*Attorneys for Defendant*

1134585-1                                       2