UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS TUCKPOINTING, INC., an Illinois Corporation,<br><br>Defendant. | Case No. 08 C 1153<br><br>Honorable Judge Bucklo<br><br>Magistrate Judge Keys |

### NOTICE OF AGREED MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, April 1, 2008 at 9:30 a.m.**, we shall appear before the Honorable Judge Elaine E. Bucklo in Courtroom 1441 of the Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **DEFENDANT'S AGREED MOTION TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**, a copy of which is hereby served upon you.

Respectfully submitted,

/s/   Michael P. McBride
One of Defendant's Attorneys

Jeffrey H. Bergman (ARDC# 6194442)
Michael F. Tomasek (ARDC # 6226249)
Michael P. McBride (ARDC# 6283481)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, IL  60602
(312) 977-4400

*Attorneys for Defendant*

1134585-1

## CERTIFICATE OF SERVICE

I, Michael P. McBride, an attorney for Defendant Louis Tuckpointing, Inc., certify that I caused true and correct copies of **DEFENDANT'S AGREED MOTION TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING** to be served electronically pursuant to ECF upon the following on March 26, 2008:

>Robert B. Greenberg
>Asher, Gittler, Greenfield & D'Alba, Ltd.
>200 West Jackson Boulevard
>Suite 1900
>Chicago, IL 60606

/s/ Michael P. McBride

1134585-1