UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Masonry Institute, Bricklayers Local 21 Pension Fund, et al.
                        Plaintiff,

v.
                        Case No.: 1:08−cv−01153

                        Honorable Elaine E. Bucklo

Louis Tuckpointing, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:On court's own motion, status hearing reset for 8/28/2008 at 10:00 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.