THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, et al., | ) ) | |
| Plaintiff | ) ) | |
| -vs- | ) ) | |
| LOUIS TUCKPOINTING, INC., an Illinois Corp., | ) | |
| Defendant | ) ) | Case No. 08C 1153 |
| and | ) ) | Judge Bucklo |
| HARRIS BANK, | ) ) | Mag. Judge Keys |
| Garnishee Defendant. | ) | |

## MOTION FOR JUDGMENT ON GARNISHMENT ANSWER

NOW COME the Plaintiffs, MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, et al., by and through their attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $5,000.00 in favor of Plaintiffs and against Garnishee Defendant, HARRIS BANK, pursuant to Garnishee's answer to Plaintiffs' garnishment attached hereto as Exhibit "A," and pursuant to agreement between Louis Tuckpointing and Counsel for Plaintiffs, and further to order Garnishee Defendant to pay Plaintiffs the monies due hereunder within ten days from the date of the Court's Order.

    /s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: October 23, 2009